UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ATOMIC PRODUCTS, LLC            Plaintiff, <br><br> -v- <br><br> E&B GIFTWARE, LLC, WAL-MART STORES INC., WAL-MART.COM USA, LLC, ABC COMPANIES 1-10 AND JOHN DOES A-G            Defendant. | Case No. 08cv4917(PAC)(RLE) <br> ECF CASE <br><br> **Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

ATOMIC PRODUCTS, LLC            (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

Date: 5/27/2008

s/ Gloria Tsui-Yip
**Signature of Attorney**

**Attorney Bar Code:** GT9377

Form Rule7_1.pdf  SDNY Web 10/2007