HOWARD C. MISKIN (HM7038)
GLORIA TSUI-YIP (GT9377)
WENDI OPPER UZAR (WO4547)
Attorneys for Plaintiff
ATOMIC PRODUCTS, LLC.
Miskin & Tsui-Yip LLP
1350 Broadway, Suite 802
New York, New York 10018
Tel.: 212-268-0900
howard@mt-iplaw.com
gloria@mt-iplaw.com
wendi@mt-iplaw.com

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 0 7 2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

ATOMIC PRODUCTS, LLC

        Plaintiff,

        vs.

E&B GIFTWARE, LLC, WAL-MART
STORES INC., WAL-MART.COM USA,
LLC, ABC COMPANIES 1-10 and
JOHN DOES A-G

        Defendants.

------------------------------------------------------x

Civil Action No.

08 CIV 04917(PAC)(RLE)
ECF CASE

---

**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS
TO RESPOND TO COMPLAINT**

---

Through their undersigned attorneys, the plaintiff in this matter and the defendants

1

E&B Giftware LLC, Wal-Mart Stores, Inc., and Wal-Mart.Com USA, LLC hereby stipulate and agree that the defendants shall have until July 14, 2008 to Answer or otherwise respond to the Complaint in this matter.

Dated: New York, New York
July 3, 2008

*Howard C. Mickin*

Howard C. Mickin (HM7038)
Attorney for Plaintiff
Atomic Products, LLC.
1350 Broadway, Suite 802
New York, NY 10018
howard@mt-iplaw.com

Dated: New York, New York
July 3, 2008

Gerard F. Dunne (GD3223)
Attorney for Defendants
E&B Giftware LLC et al
156 Fifth Avenue, Suite 1223
New York, NY 10010

SO ORDERED: JUL 0 7 2008

*Paul A. Crotty*
U.S.D.J.

2