Gerard F. Dunne (GD 3323)
Law Office of Gerard F. Dunne, P.C.
156 Fifth Avenue, Suite 1223
New York, NY 10010
Telephone: 212-645-2410
Facsimile: 212-645-2435
Email: jerry.dunne@dunnelaw.net
Attorney for Defendants E&B Giftware, LLC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------X
ATOMIC PRODUCTS, LLC                        :
    Plaintiff                :
              :
              :
  - against -        :
              :
              :
E&B GIFTWARE, LLC, et al.               :
              :
    Defendants                :
----------------------------------------------------X

ECF CASE

Civil Action No.
08 CV 04917 (PAC) (RLE)

## RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Local Rules of the Southern District of New York and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for Defendant E&B Giftware, LLC. certifies that the following are corporate parents, subsidiaries, or affiliates of that party which are publically held:

NONE

1

New York, New York
Dated:  July 14, 2008

Respectfully submitted,

*[signature]*

Gerard F. Dunne (GD 3323)
Attorney for Defendant E&B Giftware, LLC.
Law Office of Gerard F. Dunne, P.C.
156 Fifth Avenue, Suite 1223
New York, NY  10010
212-645-2410
Fax: 212-645-2435