```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 1 9 2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
ATOMIC PRODUCTS, LLC                                     :
                                                         :
                Plaintiff,                               :
                                                         :      Civil Action No. 08 cv 04917 (PAC)(RLE)
        - against -                                      :                           ECF CASE
                                                         :
E&B GIFTWARE, LLC, WAL-MART                              :
STORES INC., WAL-MART.COM USA,                           :
LLC, ABC COMPANIES 1-10 and                              :
JOHN DOES A-G                                            :
                Defendants.                              :
----------------------------------------------------------X

**STIPULATION OF THE FILING OF THE AMENDED COMPLAINT ON CONSENT**

IT IS HEREBY STIPULATED AND AGREED, by the undersigned attorneys for Plaintiff Atomic Products, LLC ("Atomic") and Defendants E&B Giftware, LLC ("E&B"), Wal-Mart Stores Inc. ("Wal-Mart Stores") and Wal-Mart.com USA ("Wal-Mart.com") (collectively "Defendants"), with their consent hereto, pursuant to F.R.C.P. 15(a)(2), that:

Defendants consent to Plaintiff Atomic's filing of the ~~attached~~ Amended Complaint. PAC

CONSENTED TO THE ENTRY AND FORM:

Dated: August 12, 2008

_Howard C. Miskin_

Mr. Howard C. Miskin (HM7038)
Miskin & Tsui-Yip LLP
1350 Broadway, Suite 802
New York, New York 10018
212-268-0900
howard@mt-iplaw.com

Attorneys for Plaintiff
Atomic Products, LLC

_Gerard F. Dunne_

Mr. Gerard F. Dunne (GD3223)
Law Office of Gerard F. Dunne
156 Fifth Avenue, Suite 1223
New York, NY 10010
212-645-2410
Jerry.dunne@dunnelaw.net

Attorney for Defendants E&B Giftware, LLC,
Wal-Mart Stores, Inc. and Wal-Mart.com USA

SO ORDERED    AUG 1 9 2008

_Paul A. Crotty_
U.S.D.J.